IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM DOAN and I.D., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| v. | : | No. 19-959 |
| | : | |
| DOWNINGTOWN AREA SCHOOL DISTRICT and LARRY MUSSOLINE, | : | |
|     Defendants | : | |

**O R D E R**

**AND NOW**, this 13th day of August 2020, upon consideration of the motion to dismiss plaintiffs' Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"; Doc. 14) filed by defendants Downingtown Area School District and Larry Mussoline, and plaintiffs' response in opposition (Doc. 15), and for the reasons set forth more fully in the Memorandum of Decision filed this date, it is hereby

**ORDERED**

that the Motion is **GRANTED** as to Counts I, III and IV and **DENIED** as to Count II.

BY THE COURT:

*s/ Thomas J. Rueter*
THOMAS J. RUETER
United States Magistrate Judge