IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM DOAN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | No. 2:19-0959 |
| v. | : | |
| | : | |
| DOWNINGTOWN AREA SCHOOL | : | |
| DISTRICT and LARRY MUSSOLINE, | : | |
| Defendants | : | |

**ORDER**

AND NOW, on this 30th Day of September, 2021, having reviewed the Defendant's Motion for Summary Judgment (doc. 44), Plaintiff's Response (doc. 51), and Defendant's Reply (doc. 52), I ORDER that:

1. Defendant's motion is GRANTED;

2. Summary judgment is entered in favor of Defendants; and

3. The Clerk of Court shall mark this case Closed.

By the Court:

/s/ Timothy R. Rice

**Timothy R. Rice, M.J.**